———o———

BASIL SHELTON, Respondent, *vs.* ST. LOUIS, KANSAS CITY & NORTHERN RAILWAY COMPANY, Appellant.

1. *Railroads—Damages—Stock killed—Uninclosed prairie land.*—The failure of a railroad corporation to fence its track will render it liable in damages for injuries to stock along the line of its road, without proof of negligence, where the evidence shows that the land at the point of the casualty was uninclosed and also prairie land. (Cary vs. St. L., K. C. & N. R. R., *ante* p. 209.)

*Appeal from Clinton Circuit Court.*

*Ray & Ray,* for Appellant.

*Hale & Eads,* for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

Action for killing a cow, based on § 43, p. 310, Wagn. Stat. The court sitting as a jury found for plaintiff, doubled his damages, and gave him judgment for $100.

The case of Cary against the defendant, decided at the present term, is, with one exception, precisely like this one; the only point of difference being that in the latter case it was in evidence that the animal was killed at a point where defendant's road passed through uninclosed prairie lands.

For the reasons stated in that opinion, the judgment will be affirmed; as in the former case the judgment of the trial court was reversed for the sole reason that there was an entire absence of testimony on the point above mentioned. The other judges concur.